UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 09-10682-RWZ

JAMES B. CROOK

v.

HAWK SCALLOP CO., INC.,


MEMORANDUM OF DECISION

August 30, 2011

**ZOBEL, D.J.**

After a seven-day trial, the jury returned a verdict in favor of plaintiff in the amount of $1.65 million.  Attorney Thomas J. Hunt, who represented plaintiff at an earlier stage of the case, has moved for attorneys' fees in the amount of 50% of the attorneys' fees awarded (or 1/6 of the amount recovered), plus reimbursement for $4,371.37 in expenses.  (Docket # 101).

An attorney discharged prior to the disposition of a matter may recover a reasonable fee along with costs in quantum meruit.  Mulhern v. Roach, 398 Mass. 18, 24, 494 N.E. 2d 1327, 1331 (1986).  Attorney Hunt shall therefore submit a detailed account of his time and expenses incurred with supporting documentation within 30 days of the date of this order.  Plaintiff may file an opposition within 14 days thereafter.


<table>
<tr><td>     August 30, 2011     </td><td>          /s/Rya W. Zobel          </td></tr>
<tr><td>DATE</td><td>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE</td></tr>
</table>